PHILLIP LYNN, PLAINTIFF-RESPONDENT, *v.* BENJAMIN
JACOBS, DEFENDANT-APPELLANT.

Submitted May term, 1925—Decided October 6, 1925.

**Landlord and Tenant—Alleged Error in Failure of Court to Find
That There Was An Eviction or a Surrender of Lease—
Held, That the Trial Judge Found According to Evidence.**

On appeal.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Carr & Carroll.*

For the respondent, *Carl Kisselman.*

PER CURIAM.

The suit in this case was brought to recover three months'
rent, due under a written lease dated September 1st, 1921, at
$80 per month. The trial resulted in a judgment for the
plaintiff for $240. The defendant filed the following specifi-
cation of the determination with which he is dissatisfied in
point of law, viz.: Upon the facts presented, the court should
have found, as a matter of law, that there was either (a) an
eviction of the defendant by the plaintiff or (b) a surrender
of the lease, and should have found in favor of the defendant,
and given judgment accordingly. We think the trial judge
found according to the evidence, and the judgment should be
affirmed, with costs.